BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 509-7051

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BARRY RAY** )<br>)<br>)<br>)<br>)<br>**Plaintiff,** )<br>)<br>**v.** )<br>)<br>**MICHAEL J. ASTRUE** )<br>**Commissioner of Social Security** )<br>**of the United States of America,** )<br>)<br>**Defendant.** )<br>_____ ) | Case No.  **CIV-11-1610 DAD**<br><br>**STIPULATION AND<br>ORDER EXTENDING PLAINTIFF'S<br>TIME TO FILE SUMMARY<br>JUDGEMENT MOTION** |

        IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that

Plaintiff's time to file his summary judgment is hereby extended from March 21, 2012, to April 12,

2012.  Plaintiff's counsel has four other briefs due the same week and needs to extend Mr. Ray's case.

This is Plaintiff's first requested extension on this case.

/ / / /

/ / / /

/ / / /

1

1

2   Dated: March 20, 2012                    */s/Bess M. Brewer*
                                            BESS M. BREWER
3                                           Attorney at Law

4                                           Attorney for Plaintiff

5

6
    Dated: March 20, 2012                    Benjamin B. Wagner
7
                                            United States Attorney
8
                                            Donna L. Calvert
9                                           Acting Regional Chief Counsel, Region IX
                                            Social Security Administration
10
                                            */s/ Patrick William Snyder*
11                                          Patrick William Snyder

12                                          Special Assistant United States Attorney
                                            Attorneys for Defendant
13

14
                                            **ORDER**
15
    APPROVED AND SO ORDERED.
16
    DATED: March 21, 2012.
17

18                                          _____

19                                          DALE A. DROZD
                                            UNITED STATES MAGISTRATE JUDGE
20

21  DDAD1\orders.soc sec
    ray1610.stipord.eot.wpd
22

23

24

25

26

27

28

                                            2