1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 509-7051
4

5  Attorneys for Plaintiff

6

7

8                    IN THE UNITED STATES DISTRICT COURT
9
                        EASTERN DISTRICT OF CALIFORNIA
10

11 **BARRY RAY**              )    Case No.  CIV-11-1610 DAD
                              )
12                            )
                              )    **STIPULATION AND**
13                            )    **ORDER EXTENDING PLAINTIFF'S**
         **Plaintiff,**       )    **TIME TO FILE SUMMARY**
14                            )    **JUDGEMENT MOTION**
   v.                         )
15                            )
   **MICHAEL J. ASTRUE**      )
16 **Commissioner of Social Security** )
   **of the United States of America,** )
17                            )
         **Defendant.**       )
18                            )
                              )
19

20       IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that

21 Plaintiff's time to file his summary judgment is hereby extended from March 21, 2012, to April 12,

22 2012.  Plaintiff's counsel has four other briefs due the same week and needs to extend Mr. Ray's case.

23 This is Plaintiff's first requested extension on this case.

24 / / / /

25 / / / /

26 / / / /

27

28

                                        1

1

2  Dated: March 20, 2012                    */s/Bess M. Brewer*
                                             BESS M. BREWER
3                                            Attorney at Law

4                                            Attorney for Plaintiff

5

6
   Dated: March 20, 2012                     Benjamin B. Wagner
7
                                             United States Attorney
8
                                             Donna L. Calvert
9                                            Acting Regional Chief Counsel, Region IX
                                             Social Security Administration
10
                                             /s/ *Patrick William Snyder*
11                                           Patrick William Snyder

12                                           Special Assistant United States Attorney
                                             Attorneys for Defendant
13

14
                                    **ORDER**
15
   APPROVED AND SO ORDERED.
16
   DATED: March 21, 2012.
17

18
                                   _____
19                                 DALE A. DROZD
                                   UNITED STATES MAGISTRATE JUDGE
20

21 DDAD1\orders.soc sec
   ray1610.stipord.eot.wpd
22

23

24

25

26

27

28

2