1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 509-7051
4

5  Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BARRY RAY**, | Case No. CIV-11-1610 DAD |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGEMENT MOTION** |
| v. | |
| **MICHAEL J. ASTRUE** **Commissioner of Social Security** **of the United States of America,** | |
| Defendant. | |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that Plaintiff's time to file his summary judgment is hereby extended from April 12, 2012, to April 17, 2012. Plaintiff's counsel is finishing up her taxes and needs a short additional extension to complete Mr. Ray's summary judgment motion.

/ / / /

/ / / /

/ / / /

1

1

2  Dated: April 12, 2012                     /s/Bess M. Brewer
                                             BESS M. BREWER
3                                            Attorney at Law

4                                            Attorney for Plaintiff

5

6
    Dated: April 12, 2012                    Benjamin B. Wagner
7
                                             United States Attorney
8
                                             Donna L. Calvert
9                                            Acting Regional Chief Counsel, Region IX
                                             Social Security Administration
10
                                             /s/ Elizabeth Firer for Patrick William Snyder
11                                           Patrick William Snyder

12                                           Special Assistant United States Attorney
                                             Attorneys for Defendant
13

14                                                  **ORDER**

15  APPROVED AND SO ORDERED.

16  DATED: April 13, 2012.

17

18                                           _____

19                                           DALE A. DROZD
                                             UNITED STATES MAGISTRATE JUDGE
20

21

22

23

24  DDAD1\orders.soc sec
    ray1610.stipord.eot2.wpd
25

26

27

28

2