1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 509-7051
4

5  Attorneys for Plaintiff

6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10

11 **BARRY RAY**                    )      Case No.  CIV-11-1610 DAD
                                    )
12                                  )
                                    )      **STIPULATION AND**
13                                  )      **ORDER EXTENDING PLAINTIFF'S**
          **Plaintiff,**            )      **TIME TO FILE SUMMARY**
14                                  )      **JUDGEMENT MOTION**
   v.                               )
15                                  )
   **MICHAEL J. ASTRUE**            )
16 **Commissioner of Social Security** )
   **of the United States of America,** )
17                                  )
          **Defendant.**            )
18                                  )
                                    )
19 ─────────────────────────────────

20        IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that

21 Plaintiff's time to file his summary judgment is hereby extended from April 12, 2012, to April 17, 2012.

22  Plaintiff's counsel is finishing up her taxes and needs a short additional extension to complete Mr. Ray's

23 summary judgment motion.

24 / / / /

25 / / / /

26 / / / /

27

28

                                            1

Dated: April 12, 2012

/s/Bess M. Brewer
BESS M. BREWER
Attorney at Law

Attorney for Plaintiff

Dated: April 12, 2012

Benjamin B. Wagner
United States Attorney

Donna L. Calvert
Acting Regional Chief Counsel, Region IX
Social Security Administration

/s/ Elizabeth Firer for Patrick William Snyder
Patrick William Snyder
Special Assistant United States Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: April 13, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DDAD1\orders.soc sec
ray1610.stipord.eot2.wpd

2