1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH FIRER
4  Special Assistant United States Attorney

5      160 Spear Street, Suite 800
       San Francisco, California 94105
6      Telephone: (415) 977-8937
       Facsimile: (415) 744-0134
7      E-Mail: Elizabeth.Firer@ssa.gov

8  Attorneys for Defendant

                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF CALIFORNIA

                           **SACRAMENTO DIVISION**

| | |
|---|---|
| BARRY RAY, | CIVIL NO. 2:11-cv-01610 DAD |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO EXTEND TIME |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a FIRST extension of time of 30 days to respond to Plaintiff's Motion for Summary Judgment up to and including June 18, 2012. This extension is being sought because the undersigned counsel for the Commissioner is currently mentoring a newly hired attorney on this and other matters. Given this situation, Counsel respectfully requests that 30 additional days are necessary in order to complete the Commissioner's response to Plaintiff's Motion for Summary Judgment.

///

///

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                  Respectfully submitted,

Dated: May 15, 2012

*/s/Bess M. Brewer*
BESS M. BREWER
(as authorized via email)
Attorney at Law

Attorney for Plaintiff

Dated: May 15, 2012

BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:   */s/ Elizabeth Firer*
ELIZABETH FIRER
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: May 22, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DDAD1\orders.soc sec\ray1610.stipord.eot3.wpd