1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH FIRER
4  Special Assistant United States Attorney

5     160 Spear Street, Suite 800
      San Francisco, California 94105
6     Telephone:  (415) 977-8937
      Facsimile:  (415) 744-0134
7     E-Mail: Elizabeth.Firer@ssa.gov

8  Attorneys for Defendant

9              UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF CALIFORNIA
10
                   **SACRAMENTO DIVISION**
11

12 BARRY RAY,                          )
                                       )    CIVIL NO. 2:11-cv-01610 DAD
13      Plaintiff,                     )
                                       )
14      v.                             )    STIPULATION AND ORDER TO EXTEND
                                       )    TIME
15 MICHAEL J. ASTRUE,                  )
   Commissioner of                     )
16 Social Security,                    )
                                       )
17      Defendant.                     )
   _____)
18

19      The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the
20 attached Order, that Defendant shall have a FIRST extension of time of 30 days to respond to Plaintiff's
21 Motion for Summary Judgment up to and including June 18, 2012.  This extension is being sought because
22 the undersigned counsel for the Commissioner is currently mentoring a newly hired attorney on this and
23 other matters.  Given this situation, Counsel respectfully requests that 30 additional days are necessary in
24 order to complete the Commissioner's response to Plaintiff's Motion for Summary Judgment.
25 ///
26 ///
27
28

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

*/s/Bess M. Brewer*
Dated: May 15, 2012
BESS M. BREWER
(as authorized via email)
Attorney at Law

Attorney for Plaintiff

Dated: May 15, 2012
BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:

*/s/ Elizabeth Firer*
ELIZABETH FIRER
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: May 22, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DDAD1\orders.soc sec\ray1610.stipord.eot3.wpd

2